**Order entered October 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00666-CR

## EX PARTE MICHAEL DWAYNE WILLIAMS

**On Appeal from the County Criminal Court No. 10
Dallas County, Texas
Trial Court Cause No. MC18-A5804**

## ORDER

Appellant is a prison inmate appealing the trial court's order denying relief on his pro se application for writ of habeas corpus filed pursuant to article 11.072 of the code of criminal procedure. Appellant's brief was due initially on July 18, 2019. On July 31, 2019, appellant filed a motion requesting more time to prepare his brief and a free copy of the record. In his motion, appellant related that he had not received notice that the clerk's record was filed until July 22, 2019. The Court entered an order on August 2, 2019, extending the time to file appellant's brief to September 16, 2019. On September 24, 2019, the Clerk of the Court sent appellant a notice that the time for filing his brief had expired. The Clerk directed appellant to file his brief and a motion for extension within ten days. To date, appellant has not filed his brief.

On our own motion, the Court orders this appeal submitted without appellant's brief. *See* TEX. R. APP. P. 31.1(a) (providing appellate court may submit case without briefing if necessary

to do substantial justice to the parties). The Court will consider the arguments in appellant's writ application as the basis for his appeal.

The State's brief, if any shall be due within **thirty days** of the date of this order. After the State has filed its brief or the time to file its brief has expired, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to counsel for the State. We further **DIRECT** the Clerk of the Court to transmit a copy of this order, by first class mail, to Michael Dwayne Williams; TDCJ No. 02013533; Clements Unit; 9601 Spur 591; Amarillo, Texas 79107-9696.

/s/    CORY L. CARLYLE
       JUSTICE